UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINCY MAGEE,

                Plaintiff,

-against-

THE WALT DISNEY COMPANY; THE AMERICAN BROADCASTING COMPANY,

                Defendants.

19-CV-6992 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

Pursuant to the order issued January 9, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 9, 2020
         New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge